# EXHIBIT H



EMSON / HOME / PRODUCTS / INVENTORS / CONTACT / ABOUT US / RETAILERS / HEAT WRAP RECALL



Tac Light

## ULTRA BRIGHT LEDS LIGHT UP THE DARKEST SPACES



BUY NOW

## COMPACT AND LIGHTWEIGHT







WORKS IN BOILING WATER    SURVIVES BEING FROZEN    BRIGHTENS UP THE NIGHT

http://www.emsoninc.com/tac-light/



**BUY NOW**



E. Mishan & Sons, Inc.

http://www.emsoninc.com/tac-light/

简体中文   English   Français   Русский   Español   العربية   Portuguese

 ICANN WHOIS

## Showing results for: EMSONINC.COM

Original Query: www.emsoninc.com

# Contact Information

### Registrant Contact
Name: Steven Mishan
Organization: E. Mishan & Sons, Inc.
Mailing Address: 230 Fifth Ave, New York New York 10001 US
Phone: +1.2126899094
Ext:
Fax:
Fax Ext:
Email:ScottSinger@esnMail.com

### Admin Contact
Name: Steven Mishan
Organization: E. Mishan & Sons, Inc.
Mailing Address: 230 Fifth Ave, New York New York 10001 US
Phone: +1.2126899094
Ext:
Fax:
Fax Ext:
Email:ScottSinger@esnMail.com

### Tech Contact
Name: Steven Mishan
Organization: E. Mishan & Sons, Inc.
Mailing Address: 230 Fifth Ave, New York New York 10001 US
Phone: +1.2126899094
Ext:
Fax:
Fax Ext:
Email:ScottSinger@esnMail.com

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

### Registrar
WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC

### Status
Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited









### Features & Benefits

- 22x brighter than regular flashlights
- Can be seen 2 nautical miles away
- Tactical strobe to stun attackers or intruders
- Compact and lightweight
- Works when frozen or even under water
- Guaranteed for life

Tac Light is used by the military, law enforcement & fire rescue!

### BUILT STRONG TO WITHSTAND THE ELEMENTS!


Frozen In Ice


Under Water


Boiling Water











*Indicates Required Field

| STEP 1: |
|---|
| Select your offer |
| Just pay a separate $10 fee for the Free Bonus Tac Light! |
|    Yes     No |

| STEP 1: | | | |
|---|---|---|---|
| Review your order | | | |
| Item | Quantity | Price | P&H |
| State Tax: | | | $0.00 |
| **Estimated Order Total** | | | $0.00 |

| STEP 3: |
|---|
| Please enter your credit card information |











*Card Number:

*Expiration Date:  01 - Jan     2016

*CVV2:               What is CVV2?

**STEP 4:**
Please enter your billing information

*Full Name:

*Address:

*Phone:

*Email:

Check if shipping address is different than billing address.



By clicking the 'Process Order' button you are placing a live order and agreeing to the terms and conditions and Arbitration Agreement..



**Yes, Enroll Me.**
**No, Thank You.**

When opting to enroll in the InsureShip Insurance Program, you will billed $3.99 in a separate transaction that is billed to the same card you are using today.

**OFFER DETAILS:**
Today you can buy the Tac Light for only 19.99 + free shipping, and get one free, just pay a fee of $10. We'll also include a lifetime guarantee. Sales tax will apply to orders from CA, NJ, NV & NY.



Tac Light - Military Grade, High Performance Tactical Flashlight

A $10 shipping surcharge will be applied to orders from AK/HI. A $20 shipping surcharge will be applied to orders from PR. You may also call 1-800-671-6612 to place an order.

Home | Customer Service | Shipping Policy | Returns Policy | Privacy Policy | Security Policy | Site Map | More Info | Order Now

©2016 Tac Light. All Rights Reserved.

简体中文  English  Français  Русский  Español  العربية  Portuguese


# ICANN WHOIS

*Showing results for: trytaclight.com*

Original Query: www.trytaclight.com

## Contact Information

### Registrant Contact
Name: Steven Mishan
Organization: AFS-E. Mishan & Sons, Inc.
Mailing Address: 80 Van Kirk Drive, Brampton Ontario l7a1b1 CA
Phone: +1.2126899094
Ext:
Fax:
Fax Ext:
Email:scotts@thpmail.com

### Admin Contact
Name: Steven Mishan
Organization: AFS-E. Mishan & Sons, Inc.
Mailing Address: 80 Van Kirk Drive, Brampton Ontario l7a1b1 CA
Phone: +1.2126899094
Ext:
Fax:
Fax Ext:
Email:scotts@thpmail.com

### Tech Contact
Name: Steven Mishan
Organization: AFS-E. Mishan & Sons, Inc.
Mailing Address: 80 Van Kirk Drive, Brampton Ontario l7a1b1 CA
Phone: +1.2126899094
Ext:
Fax:
Fax Ext:
Email:scotts@thpmail.com

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Compliance Complaint Form

### Registrar
WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com

WHOIS Compliance FAQs

### Status
Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibite