# EXHIBIT I

**I-1**

# US 7,808,013

1.   A light emitting device (LED) assembly comprising:

an electrically <span style="color:red">insulating substrate</span>;

a continuous <span style="color:green">thermally conductive layer</span> adjacent a surface of the electrically insulating substrate;

a <span style="color:blue">light emitting device</span> adjacent the continuous thermally conductive layer so that the continuous thermally conductive layer is between an entirety of the light emitting device and the electrically insulating substrate, wherein the continuous thermally conductive layer extends beyond an edge of the light emitting device in at least one direction a distance greater than half of a width of the light emitting device; and

a plurality of <span style="color:purple">thermally conductive vias</span> through the electrically insulating substrate, wherein the plurality of thermally conductive vias are thermally and electrically coupled to the continuous thermally conductive layer and wherein portions of the electrically insulating substrate adjacent the light emitting device are free of the plurality of thermally conductive vias.

TACLIGHT product





Note: internal vias connect top metal to bottom metal

**I-2**

**US 7,858,998**

1.   A semiconductor light emitting device comprising:

a solid alumina block;

a light emitting diode on a face of the solid alumina block; and

a flexible unitary film comprising silicone that extends conformally on the face of the solid alumina block outside the light emitting diode and that also extends on the light emitting diode, the flexible unitary film comprising silicone including therein a lens comprising silicone adjacent the light emitting diode, such that the light emitting diode emits light through the lens.

TACLIGHT product







**I-3**

# US 8,167,463

1. A light emitting die package, comprising:

a substrate comprising a top surface, a bottom surface and a plurality of sides;

a thermal pad disposed in a middle portion of the bottom surface of the substrate; and

a plurality of traces disposed on opposing sides of and isolated from the thermal pad on the bottom surface of the substrate.

TACLIGHT product





**I-4**

# US 8,622,582

TACLIGHT product

1.   A light emitting die package, comprising:

an electrically insulating substrate comprising a substantially planar top surface and a substantially planar bottom surface;

a plurality of traces disposed on the top surface of the substrate;

a light emitting diode (LED) mounted on the top surface of the substrate and proximate a center of the substrate, and the LED being connected to one or more traces of the plurality of traces; and

a thermal contact pad disposed on the bottom surface of the substrate.





**I-5**

# US 9,070,850

1. An LED package, comprising:

a submount comprising a top surface and a bottom surface;

a plurality of top electrically and thermally conductive elements on said top surface of said submount;

an LED on one of said top electrically and thermally conductive elements, an electrical signal applied to said top electrically and thermally conductive elements causing said LED to emit light, said top electrically and thermally conductive elements spreading heat from said LED across the majority of said submount top surface;

a bottom thermally conductive element on said bottom surface not in electrical contact with said top electrically and thermally conductive elements and conducting heat from said submount;

a lens over said LED; and

a protective layer in direct contact with and extending from a bottom of said lens;

wherein at least a portion of said lens is above a top surface of said protective layer.

TACLIGHT product



 

CREE⫲

**I-6**

# USD615,504

(12) **United States Design Patent**
Keller et al.

(10) Patent No.: **US D615,504 S**
(45) Date of Patent: ** **May 11, 2010**

(54) **EMITTER PACKAGE**

(75) Inventors: **Bernd Keller**, Santa Barbara, CA (US);
**Nicholas Medendorp, Jr.**, Raleigh, NC
(US); **Thomas Cheng-Hsin Yuan**,
Ventura, CA (US)

(73) Assignee: **Cree, Inc.**, Goleta, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/292,900**

(22) Filed: **Oct. 31, 2007**

(51) **LOC (9) Cl.** .................................................. **13-03**
(52) **U.S. Cl.** ................................................. **D13/180**
(58) **Field of Classification Search** .................. D13/180;
D26/2; 257/79, 80, 81, 88, 89, 95, 98, 99,
257/100; 313/483, 498, 500; 362/555, 800
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,760,237 A | 9/1973 | Jaffe ............................ 257/98 |
| 4,307,297 A | 12/1981 | Groff |
| 4,511,425 A | 4/1985 | Boyd et al. .................. 156/493 |
| 5,040,868 A | 8/1991 | Waitl |
| 5,130,761 A | 7/1992 | Tanaka ........................ 357/17 |
| 5,167,556 A | 12/1992 | Stein |
| 5,703,401 A | 12/1997 | van de Water |
| 5,706,177 A | 1/1998 | Nather |
| 5,790,298 A | 8/1998 | Tonar ........................ 359/267 |
| 5,813,753 A | 9/1998 | Vriens et al. .............. 362/293 |
| 5,907,151 A | 5/1999 | Gramann |
| 5,959,316 A | 9/1999 | Lowery ...................... 257/98 |
| 6,061,160 A * | 5/2000 | Maruyama .................. 398/201 |
| 6,066,861 A | 5/2000 | Hohn |
| 6,183,100 B1 | 2/2001 | Suckow et al. ............. 362/35 |
| 6,259,608 B1 | 7/2001 | Berardinelli et al. |
| 6,296,367 B1 | 10/2001 | Parsons et al. ............ 362/183 |
| 6,359,236 B1 | 3/2002 | DiStefano et al. |
| 6,376,902 B1 | 4/2002 | Arndt ........................ 257/678 |
| 6,454,437 B1 | 9/2002 | Kelly ........................ 362/246 |
| 6,469,321 B2 | 10/2002 | Arndt |
| 6,498,355 B1 * | 12/2002 | Harrah et al. ............. 257/99 |
| 6,573,580 B2 | 6/2003 | Arndt |
| 6,610,563 B1 | 8/2003 | Waitl |
| 6,614,058 B2 | 9/2003 | Lin et al. |
| 6,624,491 B2 | 9/2003 | Waitl et al. |
| 6,680,490 B2 | 1/2004 | Yasukawa et al. |
| 6,686,609 B1 | 2/2004 | Sung |
| 6,707,069 B2 | 3/2004 | Song et al. ................ 257/79 |
| 6,710,373 B2 | 3/2004 | Wang |
| 6,759,733 B2 | 7/2004 | Arndt |
| 6,770,498 B2 * | 8/2004 | Hsu .......................... 438/26 |
| 6,774,401 B2 | 8/2004 | Nakada et al. |
| 6,858,879 B2 | 2/2005 | Waitl |
| 6,872,585 B2 | 3/2005 | Matsumura et al. |
| 6,876,149 B2 | 4/2005 | Miyashita |
| 6,900,511 B2 | 5/2005 | Ruhnau et al. |
| 6,911,678 B2 | 6/2005 | Fujisawa et al. |
| 6,919,586 B2 | 7/2005 | Fujii |
| 6,940,704 B2 | 9/2005 | Stalions |
| 6,946,714 B2 | 9/2005 | Waitl |
| 6,975,011 B2 | 12/2005 | Arndt |
| 6,995,510 B2 | 2/2006 | Murakami et al. |
| 7,021,797 B2 | 4/2006 | Minano et al. ............ 362/355 |
| 7,064,907 B2 | 6/2006 | Kaneko |
| 7,066,626 B2 | 6/2006 | Omata |
| 7,102,213 B2 | 9/2006 | Sorg |
| 7,119,422 B2 | 10/2006 | Chin ......................... 257/666 |
| 7,224,000 B2 * | 5/2007 | Aanegola et al. .......... 257/98 |
| 7,285,802 B2 | 10/2007 | Ouderkirk et al. ......... 257/98 |
| D572,210 S * | 7/2008 | Lee ........................... D13/180 |
| D572,670 S * | 7/2008 | Ono et al. .................. D13/180 |
| D576,574 S * | 9/2008 | Kobayakawa .............. D13/180 |
| 2002/0061174 A1 | 5/2002 | Hurt et al. |
| 2002/0123163 A1 | 9/2002 | Fujii |
| 2002/0163001 A1 | 11/2002 | Shaddock |
| 2002/0171911 A1 | 11/2002 | Maegawa |
| 2002/0195935 A1 | 12/2002 | Jager |
| 2003/0183852 A1 | 10/2003 | Takenaka |
| 2004/0041222 A1 | 3/2004 | Loh |
| 2004/0047151 A1 | 3/2004 | Bogner et al. |
| 2004/0079957 A1 | 4/2004 | Andrews et al. |
| 2004/0080939 A1 | 4/2004 | Braddell et al. |
| 2004/0126913 A1 * | 7/2004 | Loh ........................... 438/26 |
| 2004/0227149 A1 | 11/2004 | Ibbetson |
| 2004/0232435 A1 | 11/2004 | Hofer |
| 2004/0238930 A1 | 12/2004 | Arndt |
| 2005/0023548 A1 | 2/2005 | Bhat |
| 2005/0051789 A1 * | 3/2005 | Negley et al. ............. 257/99 |
| 2005/0072981 A1 | 4/2005 | Suenaga |





## TACLIGHT product











